No. 386. ESCALERA *v.* ESCALERA ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided April 20, 1909. Appeal dismissed for failure to comply with section 295 of the Code of Civil Procedure. *Mr. Texidor* for petitioner. *Messrs. López Landrón and Martínez Quintero* for respondent.

---

No. 397. LÓPEZ *v.* LÓPEZ ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal on the ground that appellant failed to file a bill of exceptions or statement of the facts. Decided April 26, 1909. Motion dismissed for the reasons set forth in the opinion in the case of *López* v. *The American Railroad Co. of Porto Rico*, 3 P. R. Rep., 391. *Messrs. Pedro Gómez and Frank Antonsanti* for petitioner. *Mr. López Landrón* for respondent.

---

No. 403. RAMÍREZ *v.* ESTATE OF RAMÍREZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided May 3, 1909. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Leopoldo Feliú* for petitioner. *Mr. José Ramón Freyre* for respondent.

---

No. 404. ROSSY *v.* MOLFULLEDA ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided May 3, 1909. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and section 40 of the rules of this court. *Mr. Rossy* for petitioner. *Mr. Benítez Castaños* for respondent.